# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK WAYNE BAKER** *Petitioner*, v. **STATE OF TEXAS,** *Respondent*. | Civil Action No. 25-cv-2062 (UNA) |

## MEMORANDUM OPINION

Insofar as Patrick Wayne Baker challenges his conviction in and sentence imposed by a State court in Texas, as well as his current incarceration, the Court construes his submission as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Federal court review of state court convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Because Petitioner was convicted and sentenced in Texas, this matter may not proceed in the District of Columbia. The Court will grant Mr. Baker's application to proceed *in forma pauperis* (ECF No. 2) and dismiss the habeas petition (ECF No. 1) without prejudice. An Order is issued separately.

DATE: August 28, 2025

/s/ JIA M. COBB
United States District Judge